JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKLEY REGIONAL INSURANCE COMPANY, | Case No. CV 20-6622 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAPITOL SPECIALTY INSURANCE CORPORATION, et al., | |
| Defendants. | |

    Pursuant to the Order Dismissing Action With Prejudice, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 26th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge